# United States Bankruptcy Court
## Southern District of Florida

In re   H. Hargett, LLC

Debtor(s)

Case No.

Chapter   **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   H. Hargett, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 11, 2016

Date

/s/ Jeffrey M. Siskind

**Jeffrey M. Siskind**

Signature of Attorney or Litigant

Counsel for   **H. Hargett, LLC**

**Siskind Legal Group**
**Trump Plaza Office Center**
**525 S. Flagler Drive, Ste. 500**
**West Palm Beach, FL 33401**
**561-832-7720 Fax:561-832-7668**
**jeffsiskind@msn.com**