**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                      Case No. 16-10402-EPK

**H. HARGETT, LLC,**                                                        Chapter 12

        Debtor .
_____/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM**

      Creditor, AXYS TCP, LLP, through undersigned counsel, will examine the Debtor, **H. HARGETT, LLC,** under oath, on **January 28, 2016 at 10:00 A.M..** at the offices of **McLaughlin & Stern, LLP, CityPlace Office Tower, Suite 1530, 525 Okeechobee Boulevard, West Palm Beach, FL 33401,** and to bring with it at that time and place the documents set forth in the attached Duces Tecum request. The examination may continue from day to day until completed. Pursuant to Local Bankruptcy Rule 2004-1(B), if the subject 2004 examination is being scheduled on less than 14 days' notice, the examinee, H. Hargett, LLC, is not required to file any objection to this notice but must notify undersigned counsel, promptly, of the inadequate notice and offer a reasonable opportunity to be examined on an alternate date.

      The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Dated: January 16, 2016**

Respectfully submitted,

**McLAUGHLIN & STERN, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
*Counsel for Creditor, AXYS TCP, LLC*


By:__/s/ *Steven S. Newburgh*_____
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished this 14th day of January, 2016, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system in addition to service on all interested parties as shown on the attached Court Mailing Matrix.

By: /s/ *Steven S. Newburgh*
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-10402-EPK

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

## **DUCES TECUM REQUEST**

1. Copies of the Client Questionnaire, completed by the Debtor, used in preparation of Debtor's Petition, Schedules and Statements.

2. Copies of all State and Federal Income Tax Returns including schedules and attachments, if any, for the years 2010 to 2015 filed by the debtor and any pending extension requests.

3. Copies of the Debtor's balance sheets for the past 24 months showing all expenses, expenditures and income.

4. Copies of all documentation which would tend to support feasibility of a Chapter 12 Plan.

5. Copies of all deeds or other instruments, whether filed in the public records or not, wherein the Debtor holds an ownership interest in real or personal property, wherever located.

6. Copies of any and all complaints filed in any court against Debtor in the past 3 years.

7. Copies of any common law creditor composition agreements entered into by the Debtor within the past 3 years.

8. Copies of any and all financial statements for the Debtor entity prepared or used in the past 3 years.

9. Copies of any and all loan applications for any loan applied-for within the past 3 years.

10. Copies of the Debtor's bank statements for the past 3 months with copies of deposited or negotiated checks or drafts, front and back.  In the event of any ACH or other electronic payments, copies of all such ACH advises are required.