UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 16-10402-EPK |
|---|---|---|
|  | § |  |
| H. HARGETT, LLC | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert C. Furr, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $258,330.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $564,764.94 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $185,102.65 | | |

3) Total gross receipts of $749,867.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $749,867.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $5,785.87 | $5,785.87 | $5,785.87 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $185,102.65 | $185,102.65 | $185,102.65 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,895,848.84 | $3,113,812.73 | $3,113,812.73 | $558,979.07 |
| **Total Disbursements** | $1,895,848.84 | $3,304,701.25 | $3,304,701.25 | $749,867.59 |

    4). This case was originally filed under chapter 0 on 01/11/2016. The case was converted to one under Chapter 7 on 03/09/2016. The case was pending for 24 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: <u>03/08/2018</u>        By:  <u>/s/ Robert C. Furr, Trustee</u>
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Approxmately 49 acres, zoned agricultural with large residence and garage, located at 1302 Godwin Road, Ft. Pierce, FL 3 | 1110-000 | $749,867.59 |
| **TOTAL GROSS RECEIPTS** | | **$749,867.59** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Lucie Martin County Tax Collector | 4700-000 | $0.00 | $5,785.87 | $5,785.87 | $5,785.87 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,785.87** | **$5,785.87** | **$5,785.87** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert C Furr Trustee , Trustee | 2100-000 | NA | $40,743.38 | $40,743.38 | $40,743.38 |
| Robert C. Furr, Trustee, Trustee | 2200-000 | NA | $219.48 | $219.48 | $219.48 |
| Clerk of Court | 2500-000 | NA | $7,692.50 | $7,692.50 | $7,692.50 |
| First American Title Insurance Company | 2500-000 | NA | $1,918.88 | $1,918.88 | $1,918.88 |
| Lien One | 2500-000 | NA | $325.00 | $325.00 | $325.00 |
| MCDONALD HOPKINS, LLC | 2500-000 | NA | $4,631.40 | $4,631.40 | $4,631.40 |
| Bank of Texas | 2600-000 | NA | $3,249.30 | $3,249.30 | $3,249.30 |
| Attorney for Trustee | 3110-000 | NA | $69,630.00 | $69,630.00 | $69,630.00 |
| Attorney for Trustee | 3120-000 | NA | $633.31 | $633.31 | $633.31 |
| Special Counsel for Trustee | 3210-600 | NA | $3,056.69 | $3,056.69 | $3,056.69 |
| Special Counsel for Trustee | 3220-610 | NA | $113.55 | $113.55 | $113.55 |
| Yip & Associates, Accountant for Trustee | 3410-000 | NA | $7,834.00 | $7,834.00 | $7,834.00 |

| | | | | | |
|---|---|---|---|---|---|
| Yip & Associates, Accountant for Trustee | 3420-000 | NA | $115.16 | $115.16 | $115.16 |
| Preferred Properties of South Florida Inc, Realtor for Trustee | 3510-000 | NA | $26,215.00 | $26,215.00 | $26,215.00 |
| Remax 100 Riverside Inc, Realtor for Trustee | 3510-000 | NA | $18,725.00 | $18,725.00 | $18,725.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $185,102.65 | $185,102.65 | $185,102.65 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USA | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AXYS TCP, LLC | 7100-000 | $1,895,848.84 | $3,113,812.73 | $3,113,812.73 | $558,979.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,895,848.84 | $3,113,812.73 | $3,113,812.73 | $558,979.07 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Date Filed (f) or Converted (c): | 03/09/2016 (c) |
| For the Period Ending: | 3/8/2018 | §341(a) Meeting Date: | 04/06/2016 |
| | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Accounts receivable 90 days old or less | $660.00 | $0.00 | | $0.00 | FA |
| 2 | Approx. 10,000 planted palm trees @ $25 | $250,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trees located on acreage below (Asset#7) and sold with property | | | | | |
| 3 | Irrigation Pumps | $3,000.00 | $0.00 | | $0.00 | FA |
| 4 | Ford Tractor | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | File Cabinets | $20.00 | $0.00 | | $0.00 | FA |
| 6 | Riding Lawn Mower | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Approxmately 49 acres, zoned agricultural with large residence and garage, located at 1302 Godwin Road, Ft. Pierce, FL 34945 In Fee Owner $0.00 | $570,855.00 | $0.00 | | $749,867.59 | FA |
| 8 | Assorted Misc. Hand Tools | $250.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**

$829,185.00    $0.00    $749,867.59    $0.00

**Major Activities affecting case closing:**

01/30/2017    This case is jointly administered with 16-15990 - Hudson S. Hargett Jr.

All assets in this case have been liquidated and an interim distribution was made pursuant to Court Order entered 12/20/16 ECF#214.  The only matter pending is the final estate tax return which is being prepared by Yip & Associates.  Once it has been filed and approved, the Trustee will prepare and file the TFR.

Claims:  CBD:  07/05/16 - All claims have been resolved.

Tax Returns:  A final return is being prepared.

10/18/2016    Order Granting Motion for Joint Administration entered 06/10/16 ECF#186; Lead case:  16-10402 - subsidiary case:  16-15990 - Hudson S. Hargett, Jr.

Initial Projected Date Of Final Report (TFR):    12/31/2017    Current Projected Date Of Final Report (TFR):    12/31/2017    /s/ ROBERT C. FURR, TRUSTEE
                                                                                                                                ROBERT C. FURR, TRUSTEE

Page No: 1    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4665 | Checking Acct #: | ******1409 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 1/11/2016 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2016 |  | McDonald Hopkins/Gary and Mary Willer | Sale proceeds from real estate sale of property pursuant to Court Order entered 10/03/16 ECF#194 | * | $749,867.59 |  | $749,867.59 |
|  | {7} |  | $749,000.00 | 1110-000 |  |  | $749,867.59 |
|  | {7} |  | Additional funds need to close - buyer's side    $867.59 | 1110-000 |  |  | $749,867.59 |
| 10/18/2016 | 101 | First American Title Insurance Company | Pursuant to Court Order entered 10/03/16 ECF#194 - Title Search Fee - Invoice# 1142-1062379290 | 2500-000 |  | $400.00 | $749,467.59 |
| 10/18/2016 | 102 | First American Title Insurance Company | Pursuant to Court Order entered 10/03/16 ECF#194 - Title Premium Surcharge and Underwriter's Premium | 2500-000 |  | $1,518.88 | $747,948.71 |
| 10/18/2016 | 103 | MCDONALD HOPKINS, LLC | Pursuant to Court Order entered 10/03/16 ECF#194 - Title Settlement Fee; Agent's Premium; Courier/Fed Ex Charges/Copies/Postage/Fax | 2500-000 |  | $4,631.40 | $743,317.31 |
| 10/18/2016 | 104 | St. Lucie Martin County Tax Collector | Pursuant to Court Order entered 10/03/16 ECF#194 - 2015 Real Estate Taxes - #2306-312-0001-000/0 ($479.32); #2306-313-0001-000/3 ($1306.49); #2306-321-0001-000/8 ($4000.06) | 4700-000 |  | $5,785.87 | $737,531.44 |
| 10/18/2016 | 105 | Lien One | Pursuant to Court Order entered 10/03/16 ECF#194 - Municipal Lien Search Fee - Invoice# 60065; 60066; 60063 | 2500-000 |  | $325.00 | $737,206.44 |
| 10/18/2016 | 106 | Preferred Properties of South Florida Inc | Pursuant to Court Order entered 10/03/16 ECF#194 - Real Estate Commission | 3510-000 |  | $26,215.00 | $710,991.44 |
| 10/18/2016 | 107 | Remax 100 Riverside Inc | Pursuant to Court Order entered 10/03/16 ECF#194 - Real Estate Commission | 3510-000 |  | $18,725.00 | $692,266.44 |
| 10/18/2016 | 108 | Clerk of Court | Pursuant to Court Order entered 10/03/16 ECF#194 - Transfer Tax State Mortgage; Transfer Tax County Mortgage; Transfer Tax State Deed; Recording Fee: Deed; Recording Fee: Mortgage | 2500-000 |  | $7,692.50 | $684,573.94 |
| 10/31/2016 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $563.15 | $684,010.79 |
| 11/30/2016 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $1,067.15 | $682,943.64 |

SUBTOTALS    $749,867.59    $66,923.95

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4665 | Checking Acct #: | ******1409 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/11/2016 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/20/2016 | 109 | MCDONALD HOPKINS, LLC | Final Fees and Costs pursuant to Court Order entered 12/20/16 ECF#212 | * | | $3,170.24 | $679,773.40 |
| | | | $(3,056.69) | 3210-600 | | | $679,773.40 |
| | | | $(113.55) | 3220-610 | | | $679,773.40 |
| 12/20/2016 | 110 | Furr and Cohen PA | Final Fees and Costs pursuant to Court Order entered 12/20/16 ECF#211. | * | | $70,263.31 | $609,510.09 |
| | | | $(69,630.00) | 3110-000 | | | $609,510.09 |
| | | | $(633.31) | 3120-000 | | | $609,510.09 |
| 12/20/2016 | 111 | Robert C Furr Trustee | Interim Compensation pursuant to Court Ordered entered 12/20/16 ECF#213 | 2100-000 | | $35,446.09 | $574,064.00 |
| 12/20/2016 | 112 | AXYS TCP, LLC | Interim payment on claim pursuant to Court Order entered 12/20/16 ECF#214 | 7100-000 | | $500,000.00 | $74,064.00 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $932.69 | $73,131.31 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.01 | $73,013.30 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $106.41 | $72,906.89 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.64 | $72,789.25 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.67 | $72,675.58 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $117.27 | $72,558.31 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.31 | $72,445.00 |
| 08/08/2017 | | Green Bank | Transfer Funds | 9999-000 | | $72,445.00 | $0.00 |

| | | SUBTOTALS | $0.00 | $682,943.64 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4665 | Checking Acct #: | ******1409 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/11/2016 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $749,867.59 | $749,867.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $72,445.00 | |
| | | | Subtotal | | $749,867.59 | $677,422.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $749,867.59 | $677,422.59 | |

**For the period of 1/11/2016 to 3/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $749,867.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $749,867.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $677,422.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $677,422.59 |
| Total Internal/Transfer Disbursements: | $72,445.00 |

**For the entire history of the account between 10/14/2016 to 3/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $749,867.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $749,867.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $677,422.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $677,422.59 |
| Total Internal/Transfer Disbursements: | $72,445.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-10402-EPK | | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|---|
| Case Name: | H. HARGETT, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4665 | | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/11/2016 | | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $72,445.00 | | $72,445.00 |
| 08/31/2017 | 5001 | Yip & Associates | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 115.16; Dividend: 0.15; Notes: ; Amount Claimed: 115.16; | 3420-000 | | $115.16 | $72,329.84 |
| 08/31/2017 | 5002 | Yip & Associates | Claim #: ; Distribution Dividend: 100.00; Account Number: ; Amount Allowed: 7,834.00; Dividend: 10.81; Notes: ; Amount Claimed: 7,834.00; | 3410-000 | | $7,834.00 | $64,495.84 |
| 08/31/2017 | 5003 | Robert C. Furr, Trustee | Trustee Compensation | 2100-000 | | $5,297.29 | $59,198.55 |
| 08/31/2017 | 5004 | Robert C. Furr, Trustee | Trustee Expenses | 2200-000 | | $219.48 | $58,979.07 |
| 08/31/2017 | 5005 | AXYS TCP, LLC | Claim #: 1; Distribution Dividend: 17.95; Account Number: ; Amount Allowed: 3,113,812.73; Dividend: 81.41; Notes: ; Amount Claimed: 3,113,812.73; | 7100-000 | | $58,979.07 | $0.00 |
| 10/30/2017 | 5005 | STOP PAYMENT: AXYS TCP, LLC | Claim #: 1; Distribution Dividend: 17.95; Account Number: ; Amount Allowed: 3,113,812.73; Dividend: 81.41; Notes: ; Amount Claimed: 3,113,812.73; | 7100-004 | | ($58,979.07) | $58,979.07 |
| 11/09/2017 | 5006 | AXYS TCP, LLC | Replaced dividend check# 5005 that was lost pursuant to claimant. | 7100-000 | | $58,979.07 | $0.00 |

| | | | | SUBTOTALS | $72,445.00 | $72,445.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4665 | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/11/2016 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | **TOTALS:** | $72,445.00 | $72,445.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | **Less: Bank transfers/CDs** | $72,445.00 | $0.00 | |
|  |  | **Subtotal** | $0.00 | $72,445.00 | |
|  |  | **Less: Payments to debtors** | $0.00 | $0.00 | |
|  |  | **Net** | $0.00 | $72,445.00 | |

| For the period of 1/11/2016 to 3/8/2018 | | For the entire history of the account between 08/08/2017 to 3/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $72,445.00 | Total Internal/Transfer Receipts: | $72,445.00 |
| | | | |
| Total Compensable Disbursements: | $72,445.00 | Total Compensable Disbursements: | $72,445.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,445.00 | Total Comp/Non Comp Disbursements: | $72,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 — Page No: 6 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-10402-EPK | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | H. HARGETT, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4665 | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/11/2016 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $749,867.59 | $749,867.59 | $0.00 |

**For the period of 1/11/2016 to 3/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $749,867.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $749,867.59 |
| Total Internal/Transfer Receipts: | $72,445.00 |
| | |
| Total Compensable Disbursements: | $749,867.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $749,867.59 |
| Total Internal/Transfer Disbursements: | $72,445.00 |

**For the entire history of the case between 03/09/2016 to 3/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $749,867.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $749,867.59 |
| Total Internal/Transfer Receipts: | $72,445.00 |
| | |
| Total Compensable Disbursements: | $749,867.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $749,867.59 |
| Total Internal/Transfer Disbursements: | $72,445.00 |

/s/ ROBERT C. FURR, TRUSTEE

ROBERT C. FURR, TRUSTEE